```
CO      FILE #          000546-000546
PCSDIW 000011904
Dept    Pay#    Emplid    Loc
52      4149    13529     800
```



Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

## Earnings Statement

Page 001 of 001
Period Beginning: 10/07/2017
Period Ending: 10/13/2017
Advice Date: 10/20/2017
Advice Number: 0006658848
Batch Number: G42130000

Taxable Marital Status: S

Federal: 1
State (PA): 0
Local: 0

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular |  | 40.00 | 984.20 | 34817.24 |
| Overtime |  | 4.00 | 147.63 | 6348.24 |
| Sunday |  | 8.00 | 16.40 | 98.40 |
| Meals |  |  | 14.00 | 469.00 |
| FLSA Adj |  |  | 0.65 | 3.70 |
| SAFE SHOES |  |  | 131.69 | 131.69 |
| ***** |  |  | 0.00 | 4792.56 |
| **Gross Pay** |  |  | **1294.57** | **46660.83** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Hourly |  |  |
| Ins Income | 0.93 | 32.59 |
| 457 Plan | 3.49 | 139.61 |
| LegalTxbl | 3.87 | 162.54 |

### Deductions  Statutory
| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | -151.72 | -5847.34 |
| Social Security Tax | -72.23 | -2890.35 |
| Medicare Tax | -16.89 | -675.97 |
| PA Withholding Tax | -35.63 | -1425.89 |
| PA Unempl EE | -0.83 | -32.86 |
| Philadelphia W/H Tax | -45.43 | -1820.56 |

### Deductions  Other
| | This Period | Year-to-Date |
|---|---|---|
| *Un BasLife | -6.22 | -245.36 |
| STD UNI | -4.09 | -127.92 |
| LTD Union | -8.75 | -259.91 |
| *DB Plan | -69.77 | -2791.72 |
| *457 Plan | -34.89 | -1395.91 |
| CreditUnio | -55.00 | -2925.00 |
| UnionDues | -15.57 | -653.94 |
| Garnishmnt | 0.00 | -225.00 |

**Net Pay:**  777.55

* Excluded from federal taxable wages

### Important Notes
Employee Identification Nbr: 13529
Total Hours Worked: 44.00

© 2002 Automatic Data Processing (PCSUAG)

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA  19122

Advice Number: 0006658848
Advice Date: 10/20/2017

Deposited to the account of
Beaudry Jr., John W                Checking

**THIS IS NOT A CHECK**
VOID VOID VOID

Amount
777.55

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
CO     FILE #          000544-000543
PCSDIW 000011904
Dept    Pay#    Emplid   Loc
52      4149    13529    800
```



Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

Taxable Marital Status: S

Federal:    1
State (PA): 0
Local:      0

# Earnings Statement

Page 001 of 001
Period Beginning:   10/14/2017
Period Ending:      10/20/2017
Advice Date:        10/27/2017
Advice Number:      0006660531
Batch Number:       G43140000

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular |  | 40.00 | 984.20 | 35801.44 |
| Overtime |  | 8.00 | 295.26 | 6643.50 |
| Mid Shift |  | 32.00 | 38.40 | 134.40 |
| Sunday |  | 8.00 | 16.40 | 114.80 |
| Meals |  |  | 21.00 | 490.00 |
| OT MidPrem |  | 6.00 | 10.80 | 22.50 |
| SunOTPrem |  | 2.00 | 6.15 | 16.92 |
| ***** |  |  | 0.00 | 4809.48 |
| **Gross Pay** |  |  | **1372.21** | **48033.04** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Hourly |  |  |
| Ins Income | 0.93 | 33.52 |
| 457 Plan | 4.12 | 143.73 |
| LegalTxbl | 3.87 | 166.41 |

**Important Notes**
Employee Identification Nbr:  13529
Total Hours Worked:           48.00

## Deductions  Statutory

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | -199.35 | -6046.69 |
| Social Security Tax | -85.24 | -2975.59 |
| Medicare Tax | -19.93 | -695.90 |
| PA Withholding Tax | -42.05 | -1467.94 |
| PA Unempl EE | -0.96 | -33.82 |
| Philadelphia W/H Tax | -53.58 | -1874.14 |

## Deductions  Other

| | This Period | Year-to-Date |
|---|---|---|
| *Un BasLife | -6.22 | -251.58 |
| STD UNI | -4.09 | -132.01 |
| LTD Union | -8.75 | -268.66 |
| *DB Plan | -82.33 | -2874.05 |
| *457 Plan | -41.17 | -1437.08 |
| CreditUnio | -55.00 | -2980.00 |
| UnionDues | -15.57 | -669.51 |
| Garnishmnt | 0.00 | -225.00 |

**Net Pay:    757.97**

* Excluded from federal taxable wages



Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA  19122

Advice Number: 0006660531
Advice Date:   10/27/2017

Deposited to the account of
Beaudry Jr., John W                Checking

Amount
757.97

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



| CO | FILE # | 001173-001119 |
|---|---|---|
| PCSDIW 000011904 | | |

| Dept | Pay# | Emplid | Loc |
|---|---|---|---|
| 52 | 4149 | 13529 | 800 |

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

Taxable Marital Status:  S

Federal:    1
State (PA): 0
Local:      0

## Earnings Statement

Period Beginning:  10/21/2017
Period Ending:     10/27/2017
Advice Date:       11/03/2017
Advice Number:     0006662210
Batch Number:      G44150000

Page 001 of 002

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular |  | 32.00 | 787.36 | 36588.80 |
| Overtime |  | 14.00 | 516.71 | 7160.21 |
| Mid Shift |  | 32.00 | 38.40 | 172.80 |
| Sunday |  | 8.00 | 16.40 | 131.20 |
| Meals |  |  | 21.00 | 511.00 |
| Funeral |  | 8.00 | 196.84 | 743.08 |
| OT MidPrem |  | 9.00 | 16.20 | 38.70 |
| SunOTPrem |  | 5.00 | 15.38 | 32.30 |
| SunOT Mid |  | 5.00 | 9.00 | 13.50 |
| ***** |  |  | 0.00 | 4258.74 |
| **Gross Pay** |  |  | **1617.29** | **49650.33** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Hourly |  |  |
| Ins Income | 0.93 | 34.45 |
| 457 Plan | 4.85 | 148.58 |
| LegalTxbl | 3.87 | 170.28 |

**Important Notes**
Employee Identification Nbr:  13529
Total Hours Worked:           46.00

| Deductions | Statutory | | |
|---|---|---|---|
| Federal Withholding Tax |  | -255.10 | -6301.79 |
| Social Security Tax |  | -100.49 | -3076.08 |
| Medicare Tax |  | -23.51 | -719.41 |
| PA Withholding Tax |  | -49.58 | -1517.52 |
| PA Unempl EE |  | -1.14 | -34.96 |
| Philadelphia W/H Tax |  | -63.11 | -1937.25 |

| Deductions | Other | | |
|---|---|---|---|
| *Un BasLife |  | -6.22 | -257.80 |
| STD UNI |  | -4.09 | -136.10 |
| LTD Union |  | -8.75 | -277.41 |
| *DB Plan |  | -97.04 | -2971.09 |
| *457 Plan |  | -48.52 | -1485.60 |
| CreditUnio |  | -55.00 | -3035.00 |
| UnionDues |  | -15.57 | -685.08 |
| Garnishmnt |  | 0.00 | -225.00 |

© 2002 Automatic Data Processing (PCSUVD)

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA  19122

Advice Number:  0006662210
Advice Date:    11/03/2017

**THIS IS NOT A CHECK**

Deposited to the account of
Beaudry Jr., John W                    Checking

Amount
889.17

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
CO       FILE #          001174-001119
PCSDIW 000011904
Dept    Pay#    Emplid    Loc
52      4149    13529     800
```

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

Taxable Marital Status: S

Federal:     1
State (PA):  0
Local:       0

## Earnings Statement

| | |
|---|---|
| | Page 002 of 002 |
| Period Beginning: | 10/21/2017 |
| Period Ending: | 10/27/2017 |
| Advice Date: | 11/03/2017 |
| Advice Number: | 0006662210 |
| Batch Number: | G44150000 |

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Net Pay: | | | 889.17 | |

* Excluded from federal taxable wages

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|



**NON-NEGOTIABLE**

THIS IS NOT A CHECK

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK · HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

| CO | FILE # | 001162-001114 |
|---|---|---|
| PCSGIW | 000011904 | |

| Dept | Pay# | Emplid | Loc |
|---|---|---|---|
| 52 | 4149 | 13529 | 800 |

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

## Earnings Statement

| | |
|---|---|
| | Page 001 of 002 |
| Period Beginning: | 10/28/2017 |
| Period Ending: | 11/03/2017 |
| Advice Date: | 11/10/2017 |
| Advice Number: | 0006663884 |
| Batch Number: | G45110000 |

Taxable Marital Status: S

Federal: 1
State (PA): 0
Local: 0

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | | 40.00 | 984.20 | 37573.00 |
| Overtime | | 13.60 | 501.94 | 7662.15 |
| Mid Shift | | 40.00 | 48.00 | 220.80 |
| Sunday | | 8.00 | 16.40 | 147.60 |
| Meals | | | 21.00 | 532.00 |
| FLSA Adj | | | 0.62 | 4.32 |
| OT MidPrem | 11.80 | | 21.24 | 59.94 |
| SunOTPrem | 1.80 | | 5.54 | 37.84 |
| SunOT Mid | 1.80 | | 3.24 | 16.74 |
| ***** | | | 0.00 | 4998.12 |
| **Gross Pay** | | | **1602.18** | **51252.51** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Hourly | | |
| Ins Income | 0.93 | 35.38 |
| 457 Plan | 4.81 | 153.39 |
| LegalTxbl | 3.87 | 174.15 |

**Important Notes**
Employee Identification Nbr:  13529
Total Hours Worked:  53.60

**Deductions    Statutory**

| | | |
|---|---|---|
| Federal Withholding Tax | -251.66 | -6553.45 |
| Social Security Tax | -99.54 | -3175.62 |
| Medicare Tax | -23.28 | -742.69 |
| PA Withholding Tax | -49.11 | -1566.63 |
| PA Unempl EE | -1.13 | -36.09 |
| Philadelphia W/H Tax | -62.52 | -1999.77 |

**Deductions    Other**

| | | |
|---|---|---|
| *Un BasLife | -6.22 | -264.02 |
| STD UNI | -4.09 | -140.19 |
| LTD Union | -8.75 | -286.16 |
| *DB Plan | -96.13 | -3067.22 |
| *457 Plan | -48.07 | -1533.67 |
| CreditUnio | -55.00 | -3090.00 |
| UnionDues | -15.57 | -700.65 |
| Garnishmnt | 0.00 | -225.00 |

© 2002 Automatic Data Processing (PCSGV0)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA  19122

Advice Number: 0006663884
Advice Date: 11/10/2017

**THIS IS NOT A CHECK**

Deposited to the account of
Beaudry Jr., John W                         Checking

Amount
881.11

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
CO      FILE #           001163-001114
PCSDIW 000011904
Dept    Pay#    Emplid   Loc
52      4149    13529    800
```

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

Taxable Marital Status: S

Federal:      1
State (PA):   0
Local:        0

## Earnings Statement

Page 002 of 002
Period Beginning:  10/28/2017
Period Ending:     11/03/2017
Advice Date:       11/10/2017
Advice Number:     0006663884
Batch Number:      G45110000

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Net Pay: | | | 881.11 | |

* Excluded from federal taxable wages

Other Benefits and Information    This Period    Year-to-Date



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ● HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO | FILE # | 000527-000526 |
|---|---|---|
| PCS01W 000011904 | | |

| Dept | Pay# | Emplid | Loc |
|---|---|---|---|
| 52 | 4149 | 13529 | 800 |



Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122

Taxable Marital Status: S

Federal:    1
State (PA): 0
Local:      0

# Earnings Statement

Page 001 of 001
Period Beginning: 11/04/2017
Period Ending:    11/10/2017
Advice Date:      11/17/2017
Advice Number:    0006665597
Batch Number:     G46120000

Beaudry Jr., John W
1152 Cantrell Street
Philadelphia, PA  19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | | 32.00 | 787.36 | 38360.36 |
| Overtime | | 11.00 | 405.98 | 8068.13 |
| Mid Shift | | 32.00 | 38.40 | 259.20 |
| Sunday | | 8.00 | 16.40 | 164.00 |
| HOL | | 8.00 | 196.84 | 1667.16 |
| Meals | | | 21.00 | 553.00 |
| OT MidPrem | | 11.00 | 19.80 | 79.74 |
| ***** | | | 0.00 | 3586.70 |
| **Gross Pay** | | | **1485.78** | **52738.29** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Hourly | | |
| Ins Income | 0.93 | 36.31 |
| 457 Plan | 4.46 | 157.85 |
| LegalTxbl | 3.87 | 178.02 |

**Important Notes**
Employee Identification Nbr: 13529
Total Hours Worked:          43.00

**Deductions   Statutory**
| | | |
|---|---|---|
| Federal Withholding Tax | -225.18 | -6778.63 |
| Social Security Tax | -92.31 | -3267.93 |
| Medicare Tax | -21.58 | -764.27 |
| PA Withholding Tax | -45.54 | -1612.17 |
| PA Unempl EE | -1.05 | -37.14 |
| Philadelphia W/H Tax | -57.99 | -2057.76 |

**Deductions   Other**
| | | |
|---|---|---|
| *Un BasLife | -6.22 | -270.24 |
| STD UNI | -4.09 | -144.28 |
| LTD Union | -8.75 | -294.91 |
| *DB Plan | -89.15 | -3156.37 |
| *457 Plan | -44.57 | -1578.24 |
| CreditUnio | -55.00 | -3145.00 |
| UnionDues | -15.57 | -716.22 |
| Garnishmnt | 0.00 | -225.00 |

**Net Pay:**                    818.78
* Excluded from federal taxable wages

© 2012 Automatic Data Processing (PCS/WB)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA  19122

Advice Number:   0006665597
Advice Date:     11/17/2017

**Deposited to the account of**                     **Amount**
Beaudry Jr., John W              Checking            818.78

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



```
CO      FILE #         000536-000536
PCSDIW  000011904
Dept    Pay#    Emplid    Loc
52      4149    13529     800
Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA 19122
```

Taxable Marital Status: S

Federal:    1
State (PA): 0
Local:      0

## Earnings Statement

Page 001 of 001
Period Beginning:  11/11/2017
Period Ending:     11/17/2017
Advice Date:       11/24/2017
Advice Number:     0006667284
Batch Number:      G47130000

Beaudry Jr.,John W
1152 Cantrell Street
Philadelphia, PA   19148

| Earnings | Rate | Hours/Units | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular |  | 24.00 | 590.52 | 38950.88 |
| Overtime |  | 7.00 | 258.35 | 8326.48 |
| Mid Shift |  | 24.00 | 28.80 | 288.00 |
| Vacation |  | 16.00 | 393.68 | 1700.16 |
| Meals |  |  | 21.00 | 574.00 |
| OT MidPrem |  | 7.00 | 12.60 | 92.34 |
| ***** |  |  | 0.00 | 4111.38 |
| **Gross Pay** |  |  | **1304.95** | **54043.24** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basis of Payment: Hourly |  |  |
| Ins Income | 0.93 | 37.24 |
| 457 Plan | 3.92 | 161.77 |
| LegalTxbl | 3.87 | 181.89 |

### Important Notes
Employee Identification Nbr:  13529
Total Hours Worked:           31.00

| Deductions | Statutory |  |  |
|---|---|---|---|
| Federal Withholding Tax |  | -184.04 | -6962.67 |
| Social Security Tax |  | -81.06 | -3348.99 |
| Medicare Tax |  | -18.96 | -783.23 |
| PA Withholding Tax |  | -39.99 | -1652.16 |
| PA Unempl EE |  | -0.92 | -38.06 |
| Philadelphia W/H Tax |  | -50.96 | -2108.72 |

| Deductions | Other |  |  |
|---|---|---|---|
| *Un BasLife |  | -6.22 | -276.46 |
| STD UNI |  | -4.09 | -148.37 |
| LTD Union |  | -8.75 | -303.66 |
| *DB Plan |  | -78.30 | -3234.67 |
| *457 Plan |  | -39.15 | -1617.39 |
| UnionDues |  | -15.57 | -731.79 |
| CreditUnio |  | 0.00 | -3145.00 |
| Garnishmnt |  | 0.00 | -225.00 |

**Net Pay:**                 776.94
* Excluded from federal taxable wages

---

Philadelphia Gas Works
215-684-6451/75
Treasury Department
800 West Montgomery Avenue
Philadelphia, PA  19122

Advice Number:  0006667284
Advice Date:    11/24/2017

Deposited to the account of          Amount
Beaudry Jr.,John W
                   Savings            55.00
                   Checking          721.94

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**