UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN WILLIAM BEAUDRY JR Chapter 13

 Debtor Bankruptcy No. 17-18135-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __5th__ day of __June__, 201_8_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM B. SANDERSON JR
230 SOUTH BROAD ST
SUITE 1400
PHILADELPHIA, PA 19102-


Debtor:
JOHN WILLIAM BEAUDRY JR

1152 CANTRELL STREET

PHILADELPHIA, PA 19148