United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18135-amc
John William Beaudry, Jr.                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2           Date Rcvd: Jun 05, 2018
                              Form ID: pdf900          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
db          +John William Beaudry, Jr.,   1152 Cantrell Street,   Philadelphia, PA 19148-3027
14023015    +Bank of America,   P.O. Box 15019,   Wilmington, DE 19850-5019
14043472    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14023016    +Barclay Card,   P.O. Box 1337,   Philadelphia, PA 19105
14038173    +Barclay Card - Barclay Bank of Delaware,   P.O. Box 1337,   Philadelphia, PA 19105
14038174    #+Blatt,Hasenmiller, Leibaker & Moore, LLC,   1835 Market Street, Suite 501,
              Philadelphia, PA 19103-2933
14023020     Chase,   P.O. Box 78420,   Phoenix, AZ 85062-8420
14032466    +Deutsche Bank National Trust Co.,   c/o Jerome Blank, Esq.,
              Phelan Hallinan Diamond & Jones LLP,   1617 JFK Blvd., Ste. 1400,   One Penn Ctr. Plaza,
              Phila., PA 19103-1823
14090817    +Deutsche Bank National Trust Company, a,   Serviced by Select Portfolio Servicing,,
              3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
14023022    +Discover Bank,   c/o Weltman, Weinberg & Reis Co.,   170 S. Independence Mall W, Suite 874 W,
              Philadelphia, PA 19106-3323
14023023    +Duane Morris LLP,   30 South 17th Street,   Philadelphia, PA 19103-4196
14038183    +Frederic Weinberg, Esquire,   375 E. Elm Street, Suite 210,   Conshohocken, PA 19428-1973
14023024    +Harley Davidson Credit Corporation,   5505 N. Cumberland Avenue, #307,
              Chicago, IL 60656-4761
14026760    +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14044481    +Harley-Davidson Credit Corp.,   c/o Rebecca A. Solarz, Esq.,   KML Law Group P.C.,
              701 Market St., Ste. 5000,   Phila., PA 19106-1541
14023025     Home Depot,   P.O. Box 9001010,   Louisville, KY 40290-1010
14046660    +JPMorgan Chase Bank, N.A., as servicer for et al,   Chase Records Center, Attn: Corresponden,
              Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14023026    +Royal Farms,   P.O. Box 11848,   Lexington, KY 40578-1848
14023028    +TD Bank, N.A.,   2035 Limestone Road,   Wilmington, DE 19808-5529
14023029     U.S. Bank,   P.O. Box 74408,   Saint Louis, MO 63101
14023030    +Weltman, Weinberg & Reis Co., LPA,   170 S. Independence Mall W. Suite 874 W,
              Philadelphia, PA 19106-3334
14038191    +Weltman, Weinberg & Reis Co., LPA,   Michael J. Dougherty, Esquire,
              170 S. Independence Mall W. Suite 874 W,   Philadelphia, PA 19106-3334
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 06 2018 02:27:55     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2018 02:27:33
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2018 02:27:49     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14110541     E-mail/Text: megan.harper@phila.gov Jun 06 2018 02:27:55     City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14023017    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2018 02:32:00     Capital One,
              P.O. Box 71083,   Charlotte, NC 28272-1083
14023021    +E-mail/Text: megan.harper@phila.gov Jun 06 2018 02:27:55     City of Philadelphia,
              Department of Revenue,   1401 John F. Kennedy Blvd.,   Philadelphia, PA 19102-1697
14029874     E-mail/Text: mrdiscen@discover.com Jun 06 2018 02:27:21     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14051087    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 06 2018 02:27:41     Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
14038186     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 02:32:01
              Portfolio Recovery Associates, LLC,   Attn: Carrie A. Brown,   140 Corporate Blvd,
              Norfolk, VA 23541
14047320     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 02:32:01
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14038346    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 02:32:00
              Portfolio Recovery Assocs Inc.,   Attn: Carrie A. Brown,   140 Corporate Blvd.,
              Norfolk, VA 23502-4952
14023027     E-mail/Text: ebn_bkrt_forms@salliemae.com Jun 06 2018 02:28:04     Sallie Mae,   P.O. Box 3319,
              Wilmington, DE 19804-4319
14055034     E-mail/Text: bankruptcy@td.com Jun 06 2018 02:27:44     TD Bank, N.A.,
              c/o Schiller Knapp Lefkowitz Hertzel LLP,   70 Gray Road,   Falmouth, ME 04105
                                                                                               TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           JPMORGAN CHASE BANK, N.A.
14038180     City of Philadelphia,   Department of Revenue - Tax  Revenue
```

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: Jun 05, 2018
                               Form ID: pdf900              Total Noticed: 35

14038172*      +Bank of America,    P.O. Box 15019,    Wilmington, DE 19850-5019
14023018*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14023019*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14038175*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14038176*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14038177*      +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14038178*       Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14038179*      +City of Philadelphia,    Department of Revenue,    1401 John F. Kennedy Blvd.,
                 Philadelphia, PA 19102-1697
14038181*      +Discover Bank,    c/o Weltman, Weinberg & Reis Co.,    170 S. Independence Mall W, Suite 874 W,
                 Philadelphia, PA 19106-3323
14038182*      +Duane Morris LLP,    30 South 17th Street,    Philadelphia, PA 19103-4196
14038184*      +Harley Davidson Credit Corporation,    5505 N. Cumberland Avenue, #307,
                 Chicago, IL 60656-4761
14038185*       Home Depot,    P.O. Box 9001010,    Louisville, KY 40290-1010
14038187*      +Royal Farms,    P.O. Box 11848,    Lexington, KY 40578-1848
14038188*       Sallie Mae,    P.O. Box 3319,    Wilmington, DE 19804-4319
14038189*      +TD Bank, N.A.,    2035 Limestone Road,    Wilmington, DE 19808-5529
14038190*       U.S. Bank,    P.O. Box 74408,    Saint Louis, MO 63101
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                              TOTALS: 2, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et
               Al... paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. SANDERSON, JR.    on behalf of Debtor John William Beaudry, Jr.
               wsanderson@spearwilderman.com,    kbrand@spearwilderman.com;b.wr78636@notify.bestcase.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN WILLIAM BEAUDRY JR                                Chapter 13

                    Debtor         Bankruptcy No. 17-18135-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this  5th  day of  June , 201 8  upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM B. SANDERSON JR
230 SOUTH BROAD ST
SUITE 1400
PHILADELPHIA, PA 19102-

Debtor:
JOHN WILLIAM BEAUDRY JR

1152 CANTRELL STREET

PHILADELPHIA, PA 19148